**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>KaloBios Pharmaceuticals, Inc.<br><br>                              Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS) |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR FIRST-DAY HEARING ON JANUARY 12, 2016 AT 11:00 A.M. (EASTERN TIME)[3]

FIRST-DAY PLEADINGS:

1. Emergency Motion Of The Debtor For An Order Under 11 U.S.C. §§ 105, 345 And 363 Authorizing And Approving Continued Use Of Existing Cash Management System, Maintenance Of Existing Bank Accounts, Continued Use Of Existing Business Forms, An Extension Of Time To Comply With Section 345 And Related Relief (D.I. 18, Filed 1/8/16).

    Status:  This matter is going forward.

2. Emergency Motion Of The Debtor For Interim And Final Orders Under Section 366 Of The Bankruptcy Code (A) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Determining Adequate Assurance Of Payment (D.I. 19, Filed 1/8/16).

    Status:  This matter is going forward.

3. Debtor's Motion For Order Under 11 U.S.C. §§ 105(a), 363(b) And 507(a) Authorizing Continuation Of Employee Programs And Payment Of Certain Related Prepetition Claims (D.I. 20, Filed 1/8/16).

    Status:  This matter is going forward.

---

[1]    The last four digits of the Debtor's federal tax identification number are 7236.  The Debtor's address is 442 Littlefield Ave., San Francisco, CA 94080.

[2]    **Amended items appear in bold.**

[3]    The hearing will be held before Judge Laurie S. Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

MATTER GOING FORWARD

4. Emergency Motion Of Gregory Rea, RTAT LLC, Edward H. Painter, Nancy Retzlaff, And Armistice Capital Master Fund, Ltd. To (I) Escrow Certain Funds; Or Alternatively, (II) Expedite The Adversary Proceeding (D.I. 13, Filed 1/7/16).

   Objection Deadline:  January 11, 2016 at 12:00 p.m. (ET).

   Objections Received:

   a) Debtor's Objection To The Emergency Motion Of Gregory Rea, RTAT LLC, Edward H. Painter, Nancy Retzlaff, And Armistice Capital Master Fund, Ltd. To (I) Escrow Certain Funds; Or Alternatively, (II) Expedite The Adversary Proceeding (D.I. 33, Filed 1/11/16); and

   b) Compendium Of Exhibits To Debtor's Objection To The Emergency Motion Of Gregory Rea, RTAT LLC, Edward H. Painter, Nancy Retzlaff, And Armistice Capital Master Fund, Ltd. To (I) Escrow Certain Funds; Or Alternatively, (II) Expedite The Adversary Proceeding (D.I. 34, Filed 1/11/16).

   Related Pleadings:

   a) Complaint (D.I. 12, Filed 1/7/16);

   b) Order Expediting Hearing And Shortening Notice Regarding Motion Of Gregory Rea, RTAT LLC, Edward H. Painter, Nancy Retzlaff, And Armistice Capital Master Fund, Ltd. To (I) Escrow Certain Funds; Or Alternatively, (II) Expedite The Adversary Proceeding (D.I. 15, Entered 1/7/16);

   c) Notice Of Hearing Regarding Emergency Motion Of Gregory Rea, RTAT LLC, Edward H. Painter, Nancy Retzlaff, And Armistice Capital Master Fund, Ltd. To (I) Escrow Certain Funds; Or Alternatively, (II) Expedite The Adversary Proceeding (D.I. 16, Filed 1/7/16);

   **d) Debtor's Motion To Reconsider And Vacate Order Shortening Notice Of Emergency Motion Of Gregory Rea, RTAT LLC, Edward H. Painter, Nancy Retzlaff, And Armistice Capital Master Fund, Ltd. To (I) Escrow Certain Funds; Or Alternatively, (II) Expedite The Adversary Proceeding (D.I. 37, Filed 1/11/16).**

   Status:  This matter is going forward.

**ADDITIONAL MATTER**

5. **Debtor's Emergency Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §§ 105(A), 363, 364, 1107(A) And 1108 And Fed. R. Bank. P. 6003**

**And 6004 Authorizing The Debtor To (I) Honor Prepetition Obligations To Certain Critical Vendors And (II) Granting Related Relief (D.I. 39, Filed 1/12/16).**

**Status:**  This matter has been included for informational purposes only for the Court.

| | |
|---|---|
| Dated: January 12, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    /s/ Matthew B. Harvey    <br>Eric D. Schwartz (No. 3134)<br>Gregory W. Werkheiser (No. 3553)<br>Matthew B. Harvey (No. 5186)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>eschwartz@mnat.com<br>gwerkheiser@mnat.com<br>mharvey@mnat.com<br><br>and<br><br>Peter Ivanick, Esq.<br>Lynn W. Holbert, Esq.<br>John D. Beck, Esq.<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>Email: peter.ivanick@hoganlovells.com<br>           lynn.holbert@hoganlovells.com<br>           john.beck@hoganlovells.com<br><br>*Proposed Counsel for Debtor and Debtor in Possession* |

9767508.2