PRYOR CASHMAN LLP
Conrad K. Chiu
7 Times Square
New York, New York 10036-6569
Telephone:     (212) 421-4100

Attorneys for Comerica Bank

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KaloBios Pharmaceuticals, Inc., | Case No. 15-12628 (LSS) |
| Debtor. | |

### REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Comerica Bank hereby requests that notice of any and all proceedings in the above-captioned matter be given to its attorneys, Pryor Cashman LLP. Such notice shall be addressed as follows:

> Conrad K. Chiu, Esq.
> Pryor Cashman LLP
> 7 Times Square
> New York, New York 10036-6569
> Telephone:     (212) 421-4100
> Facsimile:     (212) 515-6962
> Email:           cchiu@pryorcashman.com

Dated: January 12, 2016                              PRYOR CASHMAN LLP

                                                    By:     */s/ Conrad K. Chiu*
                                                            Conrad K. Chiu