IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KaloBios Pharmaceuticals, Inc.,<br><br>               Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS)<br><br>**Re: 196 & 197** |

### ORDER (I) AUTHORIZING DEBTOR TO EXECUTE AND ENTER INTO PROPOSED BINDING LETTER OF INTENT WITH SAVANT NEGLECTED DISEASES, LLC, (II) AUTHORIZING DEBTOR TO MAKE CERTAIN PAYMENTS IN CONNECTION WITH PROPOSED BINDING LOI AND PERFORM OTHER OBLIGATIONS THEREUNDER, AND (III) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of KaloBios Pharmaceuticals, Inc., as debtor and debtor in possession (the "Debtor") for entry of an order under sections 105(a) and 363(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") (i) authorizing the Debtor to execute and enter into a proposed binding letter of intent (the "Proposed Binding LOI") with Savant Neglected Diseases, LLC ("Savant"), relating to the Debtor's acquisition of worldwide rights to benznidazole for human use, (ii) authorizing the Debtor to make certain payments in connection with the Proposed Binding LOI, and (iii) granting related relief; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual

---

[1] The last four digits of the Debtor's federal tax identification number are 7236. The Debtor's address is 442 Littlefield Ave., San Francisco, CA 94080.

[2] Capitalized terms not defined herein are defined in the Motion.

bases set forth in the Motion establish just cause for the relief granted herein, including the waiver of Rules 6004(a) and 6004(h) of the Bankruptcy Rules; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtor is authorized to execute and enter into and perform under the Proposed Binding LOI.

3. The Debtor is authorized to pay the Deposit and the advance monthly payments for Development Services.

4. The Debtor is further authorized to take any and all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion and the Proposed Binding LOI.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Rule 6004(a) and the Local Rules are satisfied by such notice.

6. Pursuant to Bankruptcy Rule 6004(h), this Order shall not be stayed and is effective immediately upon its entry.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February 26, 2016
Wilmington, Delaware

HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE