IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

KaloBios Pharmaceuticals, Inc.,

Debtor.[1]

Chapter 11

Case No. 15-12628 (LSS)

## LIST OF EQUITY SECURITY HOLDERS[2]

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Shares Held |
|---|---|---|---|---|
| KALOBIOS PHARMACEUTICALS, INC. | Carlos Alvarez | 5744 Marseilles Dr. Palmdale, CA 93552-3304 | COMMON | 11 |
| | Hong Wang | 450 Margarita Ave Palo Alto, CA 94306 | COMMON | 23 |
| | Qisheng Wei Phd | 21230 Homestead Rd #25 Cupertino, CA 95014 | COMMON | 23 |
| | Everardo Legaspi | 1217 S. Clover St. Visalia, CA 93277-4293 | COMMON | 31 |
| | Sandra Lew | 324 Midvale Ave San Mateo, CA 94403-5019 | COMMON | 39 |
| | Aliye Sarmasik | PO Box 3724 Saratoga, CA 95070-1724 | COMMON | 43 |
| | Allan May | 455 Woodside Drive Woodside, CA 940652 | COMMON | 58 |
| | Anisa Young | 408 Belmont Ave. East, #103 Seattle, WA 98102 | COMMON | 58 |
| | Brian Frenzel | 2672 Bayshore Pkwy Apt 507 Mountain View, CA 94043 | COMMON | 58 |
| | Allen Sun | 106 Sterling Ave, Apt 4C Yonkers, NY 10704-4269 | COMMON | 59 |
| | Susan C. Wright Phd | 13531 Old Oak Way Saratoga, CA 95070 | COMMON | 116 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7236. The Debtor's address is 442 Littlefield Ave., San Francisco, CA 94080.

[2] This list serves as the disclosure required to be made by the Debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.

| **Debtor** | **Registered Holder** | **Address of Equity Holder** | **Type of Equity Security** | **Shares Held** |
|---|---|---|---|---|
| | Yuqiang Wang Phd | 938 November Dr Cupertino, CA 95014 | COMMON | 116 |
| | Keith Wycoff Phd | 2399 Carmel Drive Palo Alto, CA 94303 | COMMON | 157 |
| | Lu Bai Zhiming Tian Cpwros | 267 Curtner Ave #22 Palo Alto, CA 94306 | COMMON | 164 |
| | Hoang C. Dinh | 6387 Narcissus Avenue Newark, CA 94560 | COMMON | 193 |
| | Bioquest BV | Attn: Hennie Hoogenboom Hertogsingel 46 6214 AE Maastricht | COMMON | 233 |
| | Louis Gaye | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 804 |
| | Megan Roberts | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 1,207 |
| | Mark Alfenito | 61 Avondale Ave Redwood City, CA 94062 | COMMON | 1338 |
| | Michael Harrison | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 1,705 |
| | Euku LLC | c/o Edwin Urratia 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 2,011 |
| | Chris Lau | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 3,017 |
| | David Moradi | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 3,410 |
| | W. Scott Harkonen | 125 Montalvo Avenue San Francisco, CA 94116 | COMMON | 3,436 |
| | Ray Withy | 99 Miller Lane Sausalito, CA 94965 | COMMON | 3,509 |
| | Kevin Mulleady | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 4,023 |
| | Edward Painter | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 5,029 |
| | Nancy Retzlaff | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 5,029 |
| | Tom Fernandez | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 6,821 |
| | Michael Smith | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 8,046 |
| | Thorney Omega | c/o Alex Waitlitz 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 8,046 |

| **Debtor** | **Registered Holder** | **Address of Equity Holder** | **Type of Equity Security** | **Shares Held** |
|---|---|---|---|---|
| | Marek Biestek | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 10,000 |
| | Andrew Pizzo | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 20,116 |
| | RTAT LLC | c/o Ron Tilles 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 26,151 |
| | Geoffrey Yarranton | 1148 Balboa Avenue Burlingame, CA 94010 | COMMON | 32,698 |
| | Sabine Gritti | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 40,233 |
| | Armistice | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 60,350 |
| | Gregory Rea | 442 Littlefield Ave S. San Francisco, CA 94080 | COMMON | 120,700 |
| | Cede & Co. | PO Box 20 Bowling Green Stn New York, NY 10274 | COMMON | 4,081,933 |

Dated: February 29, 2016
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Matthew B. Harvey*
Eric D. Schwartz (No. 3134)
Gregory W. Werkheiser (No. 3553)
Matthew B. Harvey (No. 5186)
1201 N. Market St., 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@mnat.com
gwerkheiser@mnat.com
mharvey@mnat.com

and

        Peter Ivanick, Esq.
        Lynn W. Holbert, Esq.
        John D. Beck, Esq.
        HOGAN LOVELLS US LLP
        875 Third Avenue
        New York, NY 10022
        Telephone: (212) 918-3000
        Facsimile: (212) 918-3100
        Email: peter.ivanick@hoganlovells.com
              lynn.holbert@hoganlovells.com
              john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*

9880143.2