IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KaloBios Pharmaceuticals, Inc.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS) |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 21, 2016 AT 2:00 P.M. (EASTERN TIME)[3]

MATTER GOING FORWARD

1. Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief (D.I. 238, Filed 3/10/16).

    Objection Deadline: March 18, 2016 at 4:00 p.m. (ET).

    Responses Received:

    a) United States Trustee's Reservation Of Rights With Respect To Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief (D.I. 271, Filed 3/18/16); and

    b) Limited Objection And Reservation Of Rights With Respect To Debtor's Motion For Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings,

---

[1] The last four digits of the Debtor's federal tax identification number are 7236. The Debtor's address is 442 Littlefield Ave., San Francisco, CA 94080.

[2] **Modifications to the Notice of Agenda are indicated in bold text.**

[3] The hearing will be held before Judge Laurie S. Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief (D.I. 272, Filed 3/18/16) by Gregory Rea, RTAT LLC, Edward H. Painter, Nancy Retzlaff, Armistice Capital Master Fund, Ltd., Andrew Pizzo, and Sabine Gritti (D.I. 272, Filed 3/18/16).

Related Pleading:

a) Order Granting Motion To Shorten Notice Of Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief (D.I. 242, Entered 3/11/16).

b) Notice Of Amendment To Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief (D.I. 273, Filed 3/18/16);

c) **Declaration Of Alexandre Zyngier In Support Of Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief (D.I. 275, Filed 3/21/16); and**

d) **Declaration Of Dr. Cameron Durrant In Support Of Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief (D.I. 276, Filed 3/21/16).**

<u>Status</u>:  This matter is going forward.

| | |
|---|---|
| Dated: March 21, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Gregory W. Werkheiser*
Eric D. Schwartz (No. 3134)
Gregory W. Werkheiser (No. 3553)
Matthew B. Harvey (No. 5186)
1201 N. Market St., 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@mnat.com
gwerkheiser@mnat.com
mharvey@mnat.com

and

Peter Ivanick, Esq.
Lynn W. Holbert, Esq.
John D. Beck, Esq.
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: peter.ivanick@hoganlovells.com
       lynn.holbert@hoganlovells.com
       john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*

9921456.1