# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | KALOBIOS PHARMACEUTICALS, INC. |
| **Case Number:** | 15-12628-LSS    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MARCH 21, 2016 02:00 PM    CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

### *Matter:*

Debtor's Motion for an Order: (I) Approving Letter of Intent and Term Sheet with Cheval Holdings, Ltd., Black Horse Capital LP and Black Horse Capital Master Fund LTD...

**R / M #:**   277 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Ruling on the record - tentatively continued to 3/22/16 at 1:00