# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KaloBios Pharmaceuticals, Inc.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS)<br><br>**RE: D.I. 283 & 273** |

**CERTIFICATION OF COUNSEL REGARDING ORDER: (I) APPROVING AMENDED LETTER OF INTENT AND AMENDED TERM SHEET, EACH DATED MARCH 18, 2016, WITH NOMIS BAY LTD AND FUNDS MANAGED BY BLACK HORSE CAPITAL LP, BLACK HORSE CAPITAL MASTER FUND LTD. AND CHEVAL HOLDINGS, LTD.; (II) APPROVING BIDDING PROCEDURES GOVERNING SUBMISSION AND CONSIDERATION OF COMPETING AND SUPPLEMENTAL PLAN SPONSORSHIP PROPOSALS; (III) APPROVING BREAKUP FEE; (IV) SCHEDULING AND AUTHORIZING THE DEBTOR TO CONDUCT AN AUCTION PURSUANT TO SUCH PROCEDURES; AND (V) GRANTING RELATED RELIEF**

The undersigned counsel for KaloBios Pharmaceuticals, Inc., the debtor and debtor-in-possession in the above captioned case (the "Debtor"), hereby certifies as follows regarding the proposed *Order: (I) Approving Amended Letter Of Intent And Amended Term Sheet, Each Dated March 18, 2016, With Nomis Bay Ltd And Funds Managed By Black Horse Capital LP, Black Horse Capital Master Fund Ltd. And Cheval Holdings, Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief* (the "Proposed Order"), attached hereto as **Exhibit 1**:

1. On March 10, 2016, the Debtor filed *Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP*

---

[1] The last four digits of the Debtor's federal tax identification number are 7236. The Debtor's address is 442 Littlefield Ave., San Francisco, CA 94080.

*And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief* (D.I. 238) (the "<u>Motion</u>", as amended by the notice of amendment, dated March 18, 2016 (D.I. 273) (the "<u>Amendment Notice</u>," and together with the Motion, the "<u>Amended Motion</u>").

2.   Responses or objections to the Motion were to be filed on or before March 18, 2016 at 4:00 p.m. (ET).

3.   The United States Trustee filed the *United States Trustee's Reservation Of Rights With Respect To Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief* (D.I. 271) (the "<u>U.S. Trustee Reservation</u>").

4.   The PIPE Plaintiffs filed the *Limited Objection And Reservation Of Rights With Respect To Debtor's Motion For Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief* (D.I. 272) (the "<u>PIPE Objection</u>").

5. Following the Court's ruling at the hearing held on March 21, 2016, the Debtor filed its *Certification of Counsel Regarding Order: (I) Approving Letter of Intent and Term Sheet with Cheval Holdings, Ltd., Black Horse Capital LP and Black Horse Capital Master Fund LTD.; (II) Approving Bidding Procedures Governing Submission and Consideration of Competing and Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling and Authorizing the Debtor to Conduct an Auction Pursuant to Such Procedures; and (V) Granting Related Relief* (D.I. 284) (the "Original Certification of Counsel").

6. The U.S. Trustee and PIPE Plaintiffs did not consent to the form of order attached to the Original Certification of Counsel and, accordingly, a further hearing concerning this matter was held on March 22, 2016.

7. After the hearing held on March 22, 2016, the Debtor and Stalking Horse conferred and further revised the Proposed Order in the form attached hereto at **Exhibit 1**.

8. A redline of the Proposed Order against the form of order filed with the Original Certification of Counsel is attached hereto as **Exhibit 2**.

9. The Proposed Order was shared with counsel for the U.S. Trustee and the PIPE Plaintiffs. The U.S. Trustee has communicated no position on the Proposed Order. The PIPE Plaintiffs have informed the Debtor that they do not consent to entry of the Proposed Order.

[CONTINUED ON NEXT PAGE]

10.    The Debtor respectfully submits that the Court enter the Proposed Order.

Dated: March 23, 2016  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Gregory W. Werkheiser*
Eric D. Schwartz (No. 3134)
Gregory W. Werkheiser (No. 3553)
Matthew B. Harvey (No. 5186)
Marcy J. McLaughlin (No. 6184)
1201 N. Market St., 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@mnat.com
gwerkheiser@mnat.com
mharvey@mnat.com
mmclaughlin@mnat.com

and

Peter Ivanick, Esq.
Lynn W. Holbert, Esq.
John D. Beck, Esq.
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: peter.ivanick@hoganlovells.com
       lynn.holbert@hoganlovells.com
       john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*

9927063.2