**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>KaloBios Pharmaceuticals, Inc.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS)<br><br>**Re: D.I. 238 & 273** |

**CERTIFICATION OF COUNSEL REGARDING ORDER: (I) APPROVING AMENDED LETTER OF INTENT AND AMENDED TERM SHEET, EACH DATED MARCH 18, 2016, WITH NOMIS BAY LTD AND FUNDS MANAGED BY BLACK HORSE CAPITAL LP, BLACK HORSE CAPITAL MASTER FUND LTD. AND CHEVAL HOLDINGS, LTD.; (II) APPROVING BIDDING PROCEDURES GOVERNING SUBMISSION AND CONSIDERATION OF COMPETING AND SUPPLEMENTAL PLAN SPONSORSHIP PROPOSALS; (III) APPROVING BREAKUP FEE; (IV) SCHEDULING AND AUTHORIZING THE DEBTOR TO CONDUCT AN AUCTION PURSUANT TO SUCH PROCEDURES; AND (V) GRANTING RELATED RELIEF**

The undersigned counsel for Gregory Rea, RTAT LLC, Edward H. Painter, Nancy Retzlaff, Armistice Capital Master Fund, Ltd., Andrew Pizzo, and Sabine Gritti (collectively, the "Objectors") hereby certifies the following in connection with the proposed *Order: (I) Approving Amended Letter Of Intent And Amended Term Sheet, Each Dated March 18, 2016, With Nomis Bay Ltd And Funds Managed By Black Horse Capital LP, Black Horse Capital Master Fund Ltd. And Cheval Holdings, Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief* (the "Proposed Order"), attached hereto as **Exhibit A**:

[1] The last four digits of the Debtor's federal tax identification number are 7236. The Debtor's address is 442 Littlefield Ave., San Francisco, CA 94080.

1. On March 10, 2016, the Debtor filed *Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief* (Docket No. 238) (the "Motion", as amended by the notice of amendment, dated March 18, 2016 (D.I. 273) (the "Amendment Notice," and together with the Motion, the "Amended Motion")).

2. The United States Trustee filed the *United States Trustee's Reservation Of Rights With Respect To Debtor's Motion For An Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief* (D.I. 271) (the "U.S. Trustee Reservation").

3. The Objectors filed the *Limited Objection And Reservation Of Rights With Respect To Debtor's Motion For Order: (I) Approving Letter Of Intent And Term Sheet With Cheval Holdings, Ltd., Black Horse Capital LP And Black Horse Capital Master Fund Ltd.; (II) Approving Bidding Procedures Governing Submission And Consideration Of Competing And Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling And Authorizing The Debtor To Conduct An Auction Pursuant To Such Procedures; And (V) Granting Related Relief* (D.I. 272) (the "Objection").

4. The Court held a hearing on March 21, 2016, following which, the Debtor filed its *Certification of Counsel Regarding Order: (I) Approving Letter of Intent and Term Sheet with Cheval Holdings, Ltd., Black Horse Capital LP and Black Horse Capital Master Fund LTD.; (II) Approving Bidding Procedures Governing Submission and Consideration of Competing and Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling and Authorizing the Debtor to Conduct an Auction Pursuant to Such Procedures; and (V) Granting Related Relief* (D.I. 284) (the "Original Certification of Counsel").

5. The U.S. Trustee and the Objectors did not believe that the form of order attached to the Original Certification of Counsel correctly reflected the Court's ruling during the hearing held on March 21, 2016, and accordingly, a further hearing concerning this matter was held on March 22, 2016.

6. After the hearing held on March 22, 2016, the Debtor and Stalking Horse prepared a revised proposed order that was circulated to the Objectors and the U.S. Trustee on March 23, 2016, at 12:54 p.m. (the "Debtor Proposed Order"). The Debtor Proposed Order was filed together with the Debtor's second *Certification of Counsel Regarding Order: (I) Approving Letter of Intent and Term Sheet with Cheval Holdings, Ltd., Black Horse Capital LP and Black Horse Capital Master Fund LTD.; (II) Approving Bidding Procedures Governing Submission and Consideration of Competing and Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling and Authorizing the Debtor to Conduct an Auction Pursuant to Such Procedures; and (V) Granting Related Relief* (D.I. 291).

7. The Objectors believe that the Debtor Proposed Order improperly provides the Stalking Horse with an exclusive period for the proposed financing, rather than a "no shop" period. The Objectors suggested modifications to the Debtor Proposed Order that the Objectors

believed more accurately reflected the Court's ruling on March 22, 2016. The Objectors' Proposed Order is attached hereto as **Exhibit A**.

8. The Debtor and the Stalking Horse did not agree with the Proposed Order. To date, the U.S. Trustee has not communicated any position with regard to the Debtor Proposed Order or the Proposed Order.

9. A redline of the Proposed Order against the Debtor Proposed Order that was circulated to the Objectors this afternoon is attached hereto as **Exhibit B**.

10. The Objectors respectfully submit that the Court enter the Proposed Order attached hereto as **Exhibit A**.

March 23, 2016

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

*/s/ Matthew P. Ward*

Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
Morgan L. Patterson (Del. Bar No. 5388)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: maward@wcsr.com
E-mail: erjohnson@wcsr.com
E-mail: mpatterson@wcsr.com

*Attorneys for Objectors*