IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KaloBios Pharmaceuticals, Inc.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS)<br><br>**Re: D.I. 293** |

NOTICE OF DEBTOR'S DESIGNATION OF STALKING HORSE AS
WINNING BIDDER AND STALKING HORSE SPA AS WINNING BID,
IN EACH INSTANCE FOR THE PRIMARY PLAN TRANSACTION

PLEASE TAKE NOTICE that on March 23, 2016, the Court entered its *Order: (I) Approving Amended Letter of Intent and Amended Term Sheet, Each Dated March 18, 2016, With Nomis Bay LTD and Funds Managed by Black Horse Capital LP, Black Horse Capital Master Fund Ltd. and Cheval Holdings, Ltd.; (II) Approving Bidding Procedures Governing Submission and Consideration of Competing and Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling and Authorizing the Debtor to Conduct an Auction Pursuant to Such Procedures; and (V) Granting Related Relief* (D.I. 293) (the "Bid Procedures Order"). All terms not otherwise defined herein have the meanings ascribed to such terms in the Bid Procedures Order. The Bid Procedures Order, among other things: (a) approved the Amended LOI between the Debtor and Black Horse Capital LP, Black Horse Capital Master Fund Ltd., Cheval Holdings, Ltd., and Nomis Bay LTD (collectively, the "Stalking Horse"); (b) approved the Bidding Procedures as attached as Exhibit 1 to the Bid Procedures Order; (c) approved the Breakup Fee; and (d) scheduled and authorized the Debtor to conduct the Auction.

---

[1]    The last four digits of the Debtor's federal tax identification number are 7236. The Debtor's address is 1000 Marina Blvd #250, Brisbane, CA 94005-1878.

PLEASE TAKE FURTHER NOTICE that no Qualified Bids for a Primary Plan Transaction, other than the Bid of the Stalking Horse, were received by the Bid Deadline and, accordingly, no Auction was held for a Primary Plan Transaction.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bidding Procedures, the Debtor hereby designates the Stalking Horse as the Winning Bidder and the Stalking Horse's Bid as evidenced by that certain *Securities Purchase Agreement,* dated April 1, 2016, by and between the Debtor and the Stalking Horse (together with all exhibits, supplements, and schedules thereto, the "Stalking Horse SPA"), as the Winning Bid, in each instance for a Primary Plan Transaction.

PLEASE TAKE FURTHER NOTICE that the Stalking Horse has executed the Stalking Horse SPA and all agreements and documents as necessary to bind the Stalking Horse to all of the terms and conditions contemplated by the Winning Bid.

| | |
|---|---|
| Dated: April 27, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/     Gregory W. Werkheiser*<br>Eric D. Schwartz (No. 3134)<br>Gregory W. Werkheiser (No. 3553)<br>Matthew B. Harvey (No. 5186)<br>Marcy J. McLaughlin (No. 6184)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail:eschwartz@mnat.com<br>          gwerkheiser@mnat.com<br>          mharvey@mnat.com<br>          mmclaughlin@mnat.com<br><br>- and - |

Peter Ivanick, Esq. (admitted *pro hac vice*)
Pieter Van Tol, Esq. (admitted *pro hac vice*)
John D. Beck, Esq. (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile:   (212) 918-3100
E-mail:peter.ivanick@hoganlovells.com
          pieter.vantol@hoganlovells.com
          john.beck@hoganlovells.com

*Counsel to the Debtor and Debtor in Possession*