# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KaloBios Pharmaceuticals, Inc.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS)<br><br>**Re: D.I. 238, 273, 293, 364 & 374** |

## NOTICE OF CANCELLATION OF AUCTION FOR PROPOSED TRANSACTIONS TO ACT AS SUPPLEMENTAL SPONSOR OF DEBTOR'S PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that on March 23, 2016, the Court entered its *Order: (I) Approving Amended Letter of Intent and Amended Term Sheet, Each Dated March 18, 2016, With Nomis Bay LTD and Funds Managed by Black Horse Capital LP, Black Horse Capital Master Fund Ltd. and Cheval Holdings, Ltd.; (II) Approving Bidding Procedures Governing Submission and Consideration of Competing and Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling and Authorizing the Debtor to Conduct an Auction Pursuant to Such Procedures; and (V) Granting Related Relief* (D.I. 293) (the "Bid Procedures Order").  All terms not otherwise defined herein have the meanings ascribed to such terms in the Bid Procedures Order.  The Bid Procedures Order, among other things: (a) approved the Amended LOI; (b) approved the Bidding Procedures as attached as Exhibit 1 to the Bid Procedures Order; (c) approved the Breakup Fee; and (d) scheduled and authorized the Debtor to conduct the Auction.

---

[1]  The last four digits of the Debtor's federal tax identification number are 7236.  The Debtor's address is 1000 Marina Blvd #250, Brisbane, CA 94005-1878.

PLEASE TAKE FURTHER NOTICE that, the Auction to consider any Qualified Bids for a Secondary Plan Transaction, rescheduled to be held on May 4, 2016, at 10:00 a.m. (ET), **has been canceled**.

| | |
|---|---|
| Dated: May 3, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Marcy J. McLaughlin* |
| | Eric D. Schwartz (No. 3134)<br>Gregory W. Werkheiser (No. 3553)<br>Matthew B. Harvey (No. 5186)<br>Marcy J. McLaughlin (No. 6184)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail: eschwartz@mnat.com<br>gwerkheiser@mnat.com<br>mharvey@mnat.com<br>mmclaughlin@mnat.com |
| | - and - |
| | Peter Ivanick, Esq. (admitted *pro hac vice*)<br>Pieter Van Tol, Esq. (admitted *pro hac vice*)<br>John D. Beck, Esq. (admitted *pro hac vice*)<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 918-3000<br>Facsimile:   (212) 918-3100<br>E-mail: peter.ivanick@hoganlovells.com<br>pieter.vantol@hoganlovells.com<br>john.beck@hoganlovells.com |
| | *Counsel to the Debtor and Debtor in Possession* |