# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KaloBios Pharmaceuticals, Inc.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS)<br><br>**Re: D.I. 293 & 379** |

### NOTICE OF DEBTOR'S REQUEST FOR ENTRY OF ORDER DESIGNATING AND CONFIRMING STALKING HORSE AS WINNING BIDDER AND STALKING HORSE SPA AS WINNING BID, IN EACH INSTANCE FOR THE PRIMARY PLAN TRANSACTION

PLEASE TAKE NOTICE that on March 23, 2016, the Court entered its *Order: (I) Approving Amended Letter of Intent and Amended Term Sheet, Each Dated March 18, 2016, With Nomis Bay LTD and Funds Managed by Black Horse Capital LP, Black Horse Capital Master Fund Ltd. and Cheval Holdings, Ltd.; (II) Approving Bidding Procedures Governing Submission and Consideration of Competing and Supplemental Plan Sponsorship Proposals; (III) Approving Breakup Fee; (IV) Scheduling and Authorizing the Debtor to Conduct an Auction Pursuant to Such Procedures; and (V) Granting Related Relief* [D.I. 293] (the "Bid Procedures Order"). All terms not otherwise defined herein have the meanings ascribed to such terms in the Bid Procedures Order. The Bid Procedures Order, among other things: (a) approved the Amended LOI between the Debtor and Black Horse Capital LP, Black Horse Capital Master Fund Ltd., Cheval Holdings, Ltd., and Nomis Bay LTD (collectively, the "Stalking Horse"); (b) approved the Bidding Procedures as attached as Exhibit 1 to the Bid Procedures Order; (c) approved the Breakup Fee; and (d) scheduled and authorized the Debtor to conduct the Auction.

---

[1] The last four digits of the Debtor's federal tax identification number are 7236. The Debtor's address is 1000 Marina Blvd #250, Brisbane, CA 94005-1878.

PLEASE TAKE FURTHER NOTICE that no Qualified Bids, other than the Stalking Horse SPA, were received by the Bid Deadline for a Primary Plan Transaction and, accordingly, no Auction was held for a Primary Plan Transaction.

PLEASE TAKE FURTHER NOTICE that pursuant to the *Notice Of Debtor's Designation Of Stalking Horse As Winning Bidder And Stalking Horse Spa As Winning Bid, In Each Instance For The Primary Plan Transaction,* dated April 27, 2016 [D.I. 379], in accordance with Paragraph C(5)(g) of the Bidding Procedures, the Debtor designated the Stalking Horse as the Winning Bidder and the Stalking Horse's Bid as evidenced by that certain *Securities Purchase Agreement,* dated April 1, 2016, by and between the Debtor and the Stalking Horse (together with all exhibits, supplements, and schedules thereto, the "Stalking Horse SPA"), as the Winning Bid, in each instance for a Primary Plan Transaction.

PLEASE TAKE FURTHER NOTICE that the Stalking Horse has executed the Stalking Horse SPA and all agreements and documents as necessary to bind the Stalking Horse to all of the terms and conditions contemplated by the Winning Bid. A copy of the Stalking Horse SPA is annexed as **Exhibit A** hereto.[2]

PLEASE TAKE FURTHER NOTICE that at the hearing scheduled for **May 6, 2016 at 9:30 a.m. (ET)**, before the Honorable Laurie Selber Silverstein, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801, the Debtor will request the Court to enter the proposed order annexed as **Exhibit B** hereto designating the Stalking Horse as the Winning Bidder and the Stalking Horse SPA as the Winning Bid, in each instance for a Primary Plan Transaction, and granting related relief.

---

[2] The Schedules to the Stalking Horse SPA are voluminous and contain certain confidential and proprietary information. Accordingly, Schedules to the Stalking Horse SPA, other than Schedule 2.1, have not been attached hereto.

| | |
|---|---|
| Dated: May 4, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/     Gregory W. Werkheiser*

Eric D. Schwartz (No. 3134)
Gregory W. Werkheiser (No. 3553)
Matthew B. Harvey (No. 5186)
Marcy J. McLaughlin (No. 6184)
1201 N. Market St., 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
E-mail: eschwartz@mnat.com
  gwerkheiser@mnat.com
  mharvey@mnat.com
  mmclaughlin@mnat.com

- and –

Peter Ivanick, Esq. (admitted *pro hac vice*)
Pieter Van Tol, Esq. (admitted *pro hac vice*)
John D. Beck, Esq. (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile:   (212) 918-3100
E-mail: peter.ivanick@hoganlovells.com
  pieter.vantol@hoganlovells.com
  john.beck@hoganlovells.com

*Counsel to the Debtor and Debtor in Possession*