## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KaloBios Pharmaceuticals, Inc., | ) | **Case No. 15-12628 (LSS)** |
| | ) | |
| Debtor. | ) | **Confirmation Hearing Date**: |
| | ) | **June 14, 2016 at 10:00 a.m. (ET)** |
| | ) | |
| | ) | **Re: D.I. 434 and 490** |
| _____ | ) | |

### NOTICE OF INTENDED SETTLEMENT AGREEMENT
### AND RESERVATION OF RIGHTS TO OBJECT TO CONFIRMATION OF
### SECOND AMENDED PLAN OF REORGANIZATION AND PLAN SUPPLEMENT

H. Lee Moffitt Cancer Center and Research Institute Hospital, Inc. ("Moffitt"), in accordance with this Court's Order, in part, Approving the Adequacy of the Disclosure Statement (Dkt. No. 420), hereby files its Notice of Intended Settlement Agreement and Reservation of Rights to Object to Confirmation of Debtor's Second Amended Plan of Reorganization and Plan Supplement, and states:

1.      On December 29, 2015, the Debtor filed its voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On May 9, 2016, the Debtor filed its Second Amended Plan of Reorganization (the "Plan").  On May 31, 2016, the Debtor filed its Notice of Filing Plan Supplement to Debtor's Second Amended Plan of Reorganization (the "Plan Supplement").

2.      Moffitt is a party to the following executory contracts entered into with the Debtor:

     a.   Clinical Trial Agreement dated September 17, 2010 ("KB004 CTA");

     b.   Sponsored Research Agreement dated September 1, 2010 ("2010 KB004 SRA");

     c.   Sponsored Research Agreement dated September 25, 2011 ("2011 KB004 SRA");

      d.   Material Transfer Agreement dated June 8, 2009 ("2009 MTA");

      e.   Material Transfer Agreement dated June 24, 2010 ("2010 MTA");

      f.   Clinical Trial Agreement dated October 14, 2015 ("KB003 CTA"); and

      g.   Sponsored Research Agreement dated August 15, 2010 ("KB003 SRA").[1]

3.      The Plan and Plan Supplement are scheduled for a two-day confirmation hearing on June 14 and 15, 2016.

4.      Moffitt and the Debtor have reached an agreement, in principal, that will resolve any and all issues between Moffitt and the Debtor relating to confirmation of the Plan and Plan Supplement as well as Moffitt's Motion to Compel Assumption or Rejection of Unexpired Executory Contracts (Dkt. No. 449) ("Motion to Compel").  However, such agreement is still subject to approval by this Court.

5.      Moffitt believes it has meritorious arguments against confirmation of the Plan and Plan Supplement.  However, in light of the pending settlement, Moffitt wishes to reserve its right to raise such objections at confirmation in the event Bankruptcy Court approval is not obtained.

6.      To avoid any potential prejudice or surprise to the Debtor, Moffitt intends to provide the Debtor with a summary via email of Moffitt's substantive objections to the Plan and Plan Supplement in the unlikely event the settlement agreement is not approved at confirmation. However, it is in the best interests of the Debtor, the creditors, and the pending settlement that such objections not be presently made public.

7.      In the event the settlement agreement is approved at confirmation, such objections shall be moot.

---

[1] Collectively, the KB004 CTA, 2010 KB004 SRA, 2011 KB004 SRA, 2009 MTA, 2010 MTA, KB003 CTA, and KB003 SRA will be referred to as the "Executory Contracts."

Respectfully Submitted,

**DRINKER BIDDLE & REATH, LLP**

By: */s/ Steven K. Kortanek* _____
Steven K. Kortanek, Esq. (Del. Bar No. 3106)
Joseph N. Argentina, Jr., Esq. (Del. Bar No. 5453)
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Telephone: 302-467-4200
Fax: 302-467-4201
Steven.Kortanek@dbr.com
Joseph.Argentina@dbr.com

-and-

**SHUMAKER, LOOP & KENDRICK, LLP**

By: /s/ Steven M. Berman _____
Steven M. Berman, Esq.
G. Thomas Curran Jr., Esq.
101 E. Kennedy Blvd., Ste. 2800
Tampa, FL 33602
Telephone: 813-229-7600
Facsimile: 813-229-1660
sberman@slk-law.com
tcurran@slk-law.com

*Attorneys for H. Lee Moffitt Cancer Center
and Research Institute Hospital, Inc.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KaloBios Pharmaceuticals, Inc., | ) Case No. 15-12628 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, <u>Steven K. Kortanek, Esq.</u>, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Intended Settlement Agreement and Reservation of Rights to Object to Confirmation of Second Amended Plan of Reorganization and Plan Supplement was made on June 10, 2016, upon the below-listed counsel in the manner indicated:

BY HAND AND EMAIL

| | |
|---|---|
| Mark S. Kenney, Esq. | Eric D. Schwartz, Esq. |
| Hannah Mufson McCollum, Esq. | Gregory W. Werkheiser, Esq. |
| Richard L. Schepacarter, Esq. | Matthew B. Harvey, Esq. |
| Office of the U.S. Trustee | Marcy J. McLaughlin, Esq |
| 844 King Street, Suite 2207 | Morris, Nichols, Arsht, et al., LLP |
| Lockbox #35 | 1201 N. Market St., 16th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| | *Counsel for Debtor* |

BY EMAIL AND U.S. MAIL

Peter A. Ivanick, Esq.
Lynn W. Holbert, Esq.
John D. Beck, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
*Counsel for Debtor*

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| <u>06/10/2016</u> | <u>*/s/ Steven K. Kortanek*</u> |
| Date | Signature |

Dated: June 10, 2016