# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KaloBios Pharmaceuticals, Inc.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS)<br><br>**Re: D.I. 908** |

**ORDER SUSTAINING REORGANIZED DEBTOR'S FIFTH
OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS PURSUANT TO
11 U.S.C. § 502, FED. R. BANKR. P. 3007, AND DEL. BANKR. L.R. 3007-1
(STOCK OPTIONS, REDUCE AND ALLOW, FORMER OFFICER)**

Upon the *Reorganized Debtor's Fifth Omnibus Objection (Substantive) to Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and Del. Bankr. L.R. 3007-1 (Stock Options, Reduce and Allow, Former Officer)* (the "Objection")[2] filed by the reorganized debtor (the "Reorganized Debtor") in the above-captioned case, requesting entry of an order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 disallowing or reducing the Disputed Claims identified in **Exhibits A–C** attached hereto; and upon the *Declaration of Gregory Jester in Support of the Reorganized Debtor's Fifth Omnibus Objection to Claims* attached to the Objection as **Exhibit 1**; and upon all other documentation filed in connection with the Objection and the Disputed Claims identified in **Exhibits A–C**; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

*and upon the Certificate of No objection* /s/ LSS

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 7236. On August 7, 2017, the Reorganized Debtor changed its name to Humanigen, Inc. (f/k/a KaloBios Pharmaceuticals, Inc.). The Reorganized Debtor's address is 533 Airport Blvd., Suite 400, Burlingame, CA 94010.

[2] Capitalized terms not defined herein are defined in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED with respect to each of the Disputed Claims identified in **Exhibits A–C** attached hereto.

2. Each of the Stock Option Claims identified in **Exhibit A** to this Order is hereby disallowed in full.

3. The Reduce and Allow Claim identified in **Exhibit B** to this Order is hereby reduced and allowed as set forth in **Exhibit B**.

4. The Former Officer Claim identified on **Exhibit C** to this Order is hereby disallowed in full.

5. This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified in **Exhibits A–C**. Any stay of this Order pending appeal by any claimants whose Disputed Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

6. The Reorganized Debtor, the Claims Agent, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including expunging claims from the Claims Register or otherwise updating the Claims Register to reflect the relief granted pursuant to this Order.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: August 8, 2018
Wilmington, Delaware

_____
THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE