## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KaloBios Pharmaceuticals, Inc.,<br><br>                Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 15-12628 (LSS) |

## FINAL REPORT IN CHAPTER 11 CASE

1.      I, Greg Jester, am the Chief Financial Officer of Humanigen, Inc., formerly known as KaloBios Pharmaceuticals, Inc., the Reorganized Debtor in the above-captioned chapter 11 case (the "Debtor" and after the Effective Date of the Plan, the "Reorganized Debtor").

2.      Pursuant to Rule 3022-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Reorganized Debtor files this final report (the "Final Report").

3.      As described in the *Reorganized Debtor's Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case and (II) Terminating Certain Claims and Noticing Services* (D.I. XXX) (the "Motion"),[2] on December 29, 2015 (the "Petition Date"), the Debtor commenced its bankruptcy case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. No committee, trustee or examiner was appointed during the case. On May 9, 2016, the Debtor filed the Plan (D.I. 407). On June 16, 2016, the Court confirmed the Plan and entered the

---

[1]    The last four digits of the Reorganized Debtor's federal tax identification number are 7236. The Reorganized Debtor's address is 1000 Marina Blvd, #250, Brisbane, CA 94005-1878. On August 7, 2017, the Reorganized Debtor changed its name to Humanigen, Inc.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Confirmation Order (D.I. 581). The Confirmation Order has since become final and non-appealable. On June 30, 2016 (the "Effective Date"), the Plan went effective (D.I. 626).

4. The fees and expenses awarded to the professionals retained in the chapter 11 case from the Petition Date through the Effective Date are as follows:

| Professional | Amount |
| --- | --- |
| **Batuta Capital Advisors LLC** *Financial Advisor to the Debtor* | $611,546.21 |
| **Hogan Lovells US LLP** *Counsel to the Debtor* | $2,844,805.28 |
| **Morris Nichols Arsht & Tunnell LLP** *Co-Counsel to the Debtor* | $2,301,964.23 |
| **Prime Clerk LLC** *Administrative Advisor to the Debtor* | $27,657.00 |
| **TOTAL** | $5,785,972.72 |

5. Because no committee, trustee or examiner was appointed in the chapter 11 case, no fees were incurred for professionals of a committee, trustee, or examiner.

6. The Reorganized Debtor is current on all fees owed pursuant to 28 U.S.C. § 1930. Within 30 days of entry of an order issuing a final decree closing this chapter 11 case, the Reorganized Debtor will pay court fees and all fees required under 28 U.S.C. § 1930(a)(6) for the current quarter through the closing of the case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on September 6, 2018

_____
Greg Jester